# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID ABARA,
#91364,

    *Petitioner,*

vs.

JACK PALMER, *et al.*,

    *Respondents.*

3:10-cv-00623-RCJ-VPC

ORDER

In this habeas matter, neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition.

IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall submit either the required $5.00 filing fee or a properly completed application to proceed *in forma pauperis* with all required attachments. Failure to comply both fully and timely with this order will result in the petition being dismissed without further advance notice.

The Clerk of Court shall send petitioner two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for same.

DATED: This 20th day of October, 2010.

                                            _____
                                            ROBERT C. JONES
                                            United States District Judge